# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JASON A. HAYS & MELISSA F. HAYS                    Case Number: 07-71032
130 JASMINE AVE.                      SSN-xxx-xx-5250 & xxx-xx-6859
DAVIS JUNCTION, IL  61020

Case filed on: 4/27/2007
Plan Confirmed on: 7/13/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,902.32         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 003 | NAKISHA HAYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CBSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CBSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NCO - MARLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FRANKLIN COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ASSET ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | CREDITOR BUREAU SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MUTUAL MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ILLINOIS DEPARTMENT OF PUBLIC AID | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JASON A. HAYS | 0.00 | 0.00 | 190.99 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 190.99 | 0.00 |
| 001 | ELITE MOTORS | 4,164.00 | 4,164.00 | 3,742.26 | 0.00 |
| 052 | MARK MANNINO | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,164.00 | 4,164.00 | 3,742.26 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASPIRE VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ASPIRE VISA | 940.29 | 940.29 | 0.00 | 0.00 |
| 008 | CITY OF ROCKFORD PARKING | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CMK INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COFFEE HEALTH GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMCAST CABLEVISION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | COMED CO | 355.65 | 355.65 | 0.00 | 0.00 |
| 016 | ELIZA COFFEE MEMORIAL | 467.50 | 467.50 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 348.33 | 348.33 | 0.00 | 0.00 |
| 020 | HELLEN KELLER HOSPITAL | 3,355.75 | 3,355.75 | 0.00 | 0.00 |
| 022 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MED 1 RADIOLOGY CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MED 1 SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | FRANKLIN COLLECTION SERVICE | 117.00 | 117.00 | 0.00 | 0.00 |
| 026 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | RADIOLOGY CONSULTANTS OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | RICE AUTO SALES | 1,157.00 | 1,157.00 | 0.00 | 0.00 |
| 032 | ROCKFORD ANESTHESIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH SYSTEMS / RMH | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD NEUROLOGICAL CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ASSET ACCEPTANCE CORP | 397.16 | 397.16 | 0.00 | 0.00 |
| 037 | SCHOLASTIC, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SECURITY FINANCE | 161.00 | 161.00 | 0.00 | 0.00 |
| 039 | SHEFFIELD UTILITIES | 173.20 | 173.20 | 0.00 | 0.00 |
| 041 | SWEDISH AMERICAN HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | SWEDISH AMERICAN HOSPITAL | 9,011.74 | 9,011.74 | 0.00 | 0.00 |
| 046 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 048 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | UNITED AUTO CREDIT CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | PORTFOLIO RECOVERY ASSOCIATES | 2,019.24 | 2,019.24 | 0.00 | 0.00 |
| 054 | MUTUAL MANAGEMENT SERVICES | 5,396.53 | 5,396.53 | 0.00 | 0.00 |
| 055 | PORTFOLIO RECOVERY ASSOCIATES | 609.56 | 609.56 | 0.00 | 0.00 |
| 056 | ROUNDUP FUNDING LLC | 1,179.29 | 1,179.29 | 0.00 | 0.00 |
| 057 | B-REAL LLC | 419.31 | 419.31 | 0.00 | 0.00 |
| | Total Unsecured | 26,108.55 | 26,108.55 | 0.00 | 0.00 |
| | Grand Total: | 32,772.55 | 32,772.55 | 6,433.25 | 0.00 |

Total Paid Claimant:     $6,433.25
Trustee Allowance:       $469.07
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008           By  /s/Heather M. Fagan